UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
       :
CARMELO CASTILLO,      :
       :
                  Plaintiff,   :
       :      24-CV-9453 (VSB)
          -against-      :
       :      **ORDER**
THE CITY OF NEW YORK,    :
       :
                  Defendant. :
       :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on December 11, 2024, (Doc. 1), and filed an affidavit of service on December 12, 2024, (Doc. 6). The deadline for Defendant to respond to Plaintiff's complaint was January 2, 2025. To date, Defendant has not appeared or responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, he is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than January 24, 2025. If Plaintiff fails to do so or otherwise demonstrate that he intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    January 10, 2025
           New York, New York

                                                    _____
                                                    VERNON S. BRODERICK
                                                    United States District Judge