UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO CASTILLO,

                Plaintiff,

-v-

CITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO. 24 Civ. 9453 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the Initial Case Management Conference held today, April 21, 2025, a follow-up status conference is scheduled for **Tuesday, August 12, 2025 at 10:00 a.m.** on the Court's Webex platform (the "Conference"). The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time. By **Friday, August 8, 2025**, the parties shall file a joint letter identifying any issues about which they have met and conferred and are ripe for consideration at the Conference. By separate Order, the Court will adopt the parties' proposed case management plan.

Dated:     New York, New York
            April 21, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**