August 5, 2025

**Via ECF**
Hon. Sarah L. Cave
U.S. Magistrate Judge
Chambers Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

> Plaintiff's request at ECF No. 22 is GRANTED. The deadline to complete an ESI protocol is EXTENDED to **Thursday, September 4, 2025.** All other deadlines in the case management plan at ECF No. 21 remain the same.
>
> The Clerk of the Court is respectfully directed to close ECF No. 22.
>
> SO ORDERED   8/6/25
>
> SARAH L. CAVE
> United States Magistrate Judge

Re:   *Carmelo Castillo v. The City Of New York*, Case 24-CV-09453-VSB-SLC

Dear Judge Cave:

We represent Plaintiff in the above-captioned action and respectfully write jointly with Defendant to request a thirty (30) day extension of the deadline to complete ESI protocol. The current deadline is Wednesday, August 6, 2025, therefore, we request an extension to Thursday, September 4, 2025.

This is the parties' second request for an extension of this deadline. A Proposed Revised Case Management Plan is attached hereto as <u>Exhibit A</u>.

The parties met and conferred on July 21, 2025 regarding ESI protocol—Plaintiff informed defense counsel of the types of ESI that would be responsive to Plaintiff' *Monell* claim and defense counsel stated that she would reach out to her client regarding identifying the relevant custodians, databases, and repositories in the instant matter. As Plaintiff's counsel was in trial last week in the Northern District, the parties plan to meet and confer later this week regarding any updates Defendant has, which is necessary before the parties can take the next steps in developing the protocol. As of now, Defendant has no updates, and as such, the parties need additional time to create an ESI protocol.

The parties do not anticipate the extension of the ESI protocol deadline will impact any of the other deadlines in this case. For these reasons, we respectfully request a thirty-day extension to the ESI protocol deadline.

We thank the Court for its time and attention to this request.

Respectfully,

   /s/

Sara Wolkensdorfer