UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO CASTILLO,

                Plaintiff,

  -v-

CITY OF NEW YORK,

                Defendant.

CIVIL ACTION NO. 24 Civ. 9453 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, August 12, 2025, a follow-up status conference is scheduled for **Tuesday, September 9, 2025 at 12:00 p.m. EST** on the Court's Webex platform. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654, at the scheduled time.

Dated:      New York, New York
             August 12, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge