UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO CASTILLO,

                Plaintiff,

-v-                                      CIVIL ACTION NO. 24 Civ. 9453 (VSB) (SLC)

CITY OF NEW YORK,                      **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

      As discussed at the telephonic status conference held today, September 9, 2025, the parties are ORDERED to file a joint status letter by **Monday, October 20, 2025** informing the Court of the status of fact discovery and how the parties wish to proceed with respect to settlement.

Dated:      New York, New York
               September 9, 2025

                                              SO ORDERED.

                                              _/s/ Sarah L. Cave_
                                              **SARAH L. CAVE**
                                              **United States Magistrate Judge**