UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

CARMELO CASTILLO,                                    24-CV-09453-VSB

                    Plaintiff,        **ORDER TO PRODUCE**
                                      **INMATE FOR DEPOSITION**

- against -

THE CITY OF NEW YORK,

                    Defendant.
-------------------------------------------------------------------X

HONORABLE SARAH L. CAVE
UNITED STATES MAGISTRATE JUDGE

      **IT IS HEREBY ORDERED**: that (1) the Warden or other official in charge of RNDC housing facility at Rikers Island, located at 11-11 Hazen Street, East Elmhurst, New York, produce inmate Carmelo Castillo, B&C No. 3492301345 at Rikers Island, for the taking of his deposition via videoconference on October 16, 2025, at 9:30 a.m., and for so long thereafter, as the deposition continues; and that (2) inmate Carmelo Castillo shall appear in such place as designated by the Warden or other official in charge of RNDC housing facility at Rikers Island so his deposition via videoconference may be taken.

Dated:

                                                */s/ Sarah L. Cave*  9/15/2025
                                                SARAH L. CAVE
                                   UNITED STATES MAGISTRATE JUDGE

4898-5771-2998 v1