UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**CARMELO CASTILLO**,

                              Plaintiff,

-against-

**THE CITY OF NEW YORK,**

                              Defendant.

Case No.: 24-cv-09453-VSB

**ORDER TO PRODUCE INMATE FOR SETTLEMENT CONFERENCE**

To:    Robert N. Davoren Complex (RNDC), Rikers Island
         11-11 Hazen Street
         East Elmhurst, NY 11370

**IT IS HEREBY ORDERED:** that the Warden of other official in charge of the RNDC housing facility at Rikers Island, located at 11-11 Hazen Street, East Elmhurst, New York, produce inmate Carmelo Castillo, B&C No. 3492301345 at Rikers Island, for a settlement conference at the Southern District of New York, U.S. Federal Courthouse, 500 Pearl Street, Courtroom 18A, New York, New York 10007, to arrive by 9:45 A.M. on December 3, 2025.

**WITNESS**, the Honorable Sarah L. Cave, United States Magistrate Judge for the Southern District of New York, attested by my hand this 18th day of November, 2025.

Dated:  November 18, 2025
             New York, NY

                                                          Hon. Sarah L. Cave
                                                          U.S. District Judge