# Rickner | Moskovitz

Sara Wolkensdorfer, Associate  |  (212) 300-6506  |  sara@rmcivilrights.com

January 7, 2026

**Via ECF**
Hon. Sarah L. Cave
U.S. Magistrate Judge
Chambers Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 18A
New York, NY 10007

> Plaintiff's request at Dkt. No. 47 is GRANTED.  The Court will retain jurisdiction over this matter until Plaintiff receives his settlement payment.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 47.
>
> SO ORDERED   1/8/26
>
> *Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

   Re: *Carmelo Castillo v. The City Of New York*, Case 24-CV-09453-VSB-SLC

Dear Judge Cave:

We represent Plaintiff in the above-captioned action and write to respectfully request that the Court retain jurisdiction over this matter until Plaintiff's counsel receives the settlement payment. Defendant has indicated that they have no objection to this request.

Since our last email to Chambers in December 2025, Plaintiff has submitted signed settlement papers to the City of New York. As of late, however, settlement payments from the City of New York have been late, or over the ninety-day deadline for payment. This has occurred not only to Plaintiff's counsel, but to other civil rights practitioners litigating cases against the City.

Due to the possibility of delay and the significance of the award in the instant case, Plaintiff respectfully requests that the Court retain jurisdiction until the settlement award is received. Though we are very optimistic that the City will continue to work diligently to ensure that this matter is resolved as soon as practicable, Plaintiff would like the ability to approach the Court should any issues arise.

Because it is required for the court to retain jurisdiction, should the Court grant this request, the parties will file a copy of the stipulation of settlement to the docket. Please let us know if the Court requires any additional information regarding this request.
We thank the Court for its time and attention to this request.

Respectfully,

  /s/

Sara Wolkensdorfer