UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARMELO CASTILLO,

                  Plaintiff,

  -v-

CITY OF NEW YORK,

                  Defendant.

CIVIL ACTION NO. 24 Civ. 9453 (VSB) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

One December 30, 2025, the Court ordered the parties to file a stipulation of dismissal by Friday, January 9, 2026. (Dkt. No. 46). As the parties have not yet filed their stipulation of dismissal, the Court grants a sua sponte extension until **Tuesday, January 20, 2026**.

Dated:      New York, New York
              January 12, 2026

                          SO ORDERED.

                          **SARAH L. CAVE**
                          **United States Magistrate Judge**